AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21-mj-00382 |
| v. | ) | Assigned To : Meriweather, Robin M. |
| Stephen Chase Randolph | ) | Assign. Date : 4/16/2021 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding an Officer Causing Bodily Injury,
18 U.S.C. § 231(a)(3) and §2 - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kacy Jones, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____04/16/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*