IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-332** |
| | : | |
| **STEPHEN CHASE RANDOLPH** | : | |

## O R D E R

**AND NOW**, this ____ day of _____, 2022, upon consideration of the Motion to Withdraw as Counsel, it is **ORDERED** that the motion is **GRANTED**. The Federal Community Defender Office for the Eastern District of Pennsylvania is hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
**THE HONORABLE JIA M. COBB**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-332** |
| | : | |
| **STEPHEN CHASE RANDOLPH** | : | |

## MOTION TO WITHDRAW AS COUNSEL

The Federal Community Defender Office for the Eastern District of Pennsylvania, by way of Elizabeth L. Toplin, Assistant Chief, Trial Unit, hereby moves to withdraw as appointed counsel in this matter. In support it is stated:

1. On April 16, 2021, Defendant Stephen Chase Randolph was charged by way of Complaint with offenses related to the breach of the Capitol on January 6, 2021.

2. By way of Administrative Order, the Federal Community Defender Office for the Eastern District of Pennsylvania was appointed to represent Defendant Stephen Chase Randolph.

3. On May 5, 2021, Assistant Federal Defender Angela Halim entered her appearance on behalf of our office for Mr. Randolph.

4. Since this time, Ms. Halim has left the office, but would like to remain as counsel for continuity. Accordingly, the Federal Community Defender Office for the Eastern District of Pennsylvania seeks to withdraw as counsel for the defendant.

5. We are unaware of any changes in the financial circumstance of the defendant.

**WHEREFORE**, the Federal Community Defender Office for the Eastern District of Pennsylvania respectfully moves to be withdrawn as counsel.

Respectfully submitted,

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

## CERTIFICATE OF SERVICE

I, Elizabeth L. Toplin, Assistant Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Motion to Withdraw as Counsel by Electronic Case Filing upon Robert Craig Juman and Hava Arin Levenson Mirell, Assistant United States Attorneys.

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

DATE:        February 17, 2022